IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40995
Conference Calendar
_____


TYRONE L. BALL,

                                        Plaintiff-Appellant,

versus

RICKY FLASOWSKI ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:95-CV-447
- - - - - - - - - -

August 19, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

     Tyrone L. Ball, Texas prisoner # 570615, appeals from the
district court's dismissal as frivolous pursuant to 28 U.S.C.
§ 1915(e)(2) of his civil rights complaint.  Because Ball fails
to present any argument regarding the only appealable issue --
the propriety of the district court's dismissal of his complaint
as frivolous -- the issue is abandoned.  See Yohey v. Collins,
985 F.2d 222, 224-25 (5th Cir. 1993).  Ball's appeal is without

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

merit and therefore frivolous.  See Howard v. King, 707 F.2d 215,

219-20 (5th Cir. 1983).   Because the appeal is frivolous, it is

DISMISSED.  See 5TH CIR. R. 42.2.

   We caution Ball that any additional frivolous appeals filed

by him or on his behalf will invite the imposition of sanctions.

To avoid sanctions, Ball is further cautioned to review any

pending appeals to ensure that they do not raise arguments that

are frivolous.

   APPEAL DISMISSED; SANCTIONS WARNING ISSUED.